**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER RAMSEY,                        *
                                           *
                        Plaintiff,         *
v.                                         *
                                           *
UNITED FIRE & CASUALTY                     *           No. 2:15CV00025-JJV
COMPANY                                    *
                                           *
                        Defendant.         *
                                           *

**ORDER OF DISMISSAL**

Pursuant to the Notice of Settlement (Doc. No. 12), this case is hereby dismissed with

prejudice.  The jury trial is removed from the docket on February 1, 2016.

IT IS SO ORDERED this 20th day of November, 2015.

_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE